COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| RAFAEL DE LOS SANTOS, | § | |
| | | No. 08-14-00099-CR |
| Appellant, | § | |
| | | Appeal from |
| v. | § | |
| | | Criminal Court No. 3 |
| | § | |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| | | |
| Appellee. | § | (TC# 2013-02826-C) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF FEBRUARY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., Not Participating